ORIGINAL

FILED
NOV 2 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| **NORTEL GOVERNMENT SOLUTIONS INCORPORATED,** **Plaintiff,** v. **THE UNITED STATES,** **Defendant** | No. 07-771 C Judge ______ |

**PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASES**

In accordance with Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff, Nortel Government Solutions Incorporated ("NGS"), states as follows:

1. Serco, Inc., (Civ. 07-619C); Stanley Associates, Inc., (Civ. 07-732C); CGI Federal, Inc., (Civ. 07-741C); and STG, Inc., (Civ. 07-747C) have filed bid protests challenging the contract awards made by the General Services Administration ("GSA") under its Alliant Solicitation No. TQ2006MCB0001.

2. These four actions have been assigned to Judge Allegra.

3. Plaintiff's bid protest also relates to Alliant Solicitation No. TQ2006MCB0001 and the validity of the awards made under that Solicitation.

4. Plaintiff NGS believes that assignment of its case o Judge Allegra and consolidation with the other protests already filed is likely to conserve judicial resources and promote an efficient determination of these related actions.

5. NGS received its notice of dismissal of its General Accountability Office ("GAO") bid protest on October 31, 2007, which was precipitated by the filing of these prior Complaints. NGS filed this Complaint shortly thereafter.

Respectfully submitted,

**Roger A. Briney, Esq.**
**Roger A. Briney, Attorney at Law**
**3495 Rocks Mill Lane**
**Charlottesville, VA 22903**
**(202) 777-3648**
**(202) 777-3649 (fax)**
**rogerbriney@rotundalaw.com**

**Counsel of Record for Plaintiff**
**Nortel Government Solutions Incorporated**

**Dated: November 2, 2007**