ORIGINAL

FILED
NOV 2 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **NORTEL GOVERNMENT SOLUTIONS INCORPORATED,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant** | **No.** 07-771 C<br><br>**Judge**________ |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to the Rules of the Court of Federal Claims, Appendix C, Plaintiff Nortel Government Solutions Incorporated ("NGS"), respectfully requests leave of the Court to file its Complaint under seal. The Complaint contains confidential and proprietary business information relating to Plaintiff and its proposal under the solicitation at issue. It also contains information about the Government's source selection process disclosed to NGS in its debriefing letter. NGS is simultaneously filing a redacted copy of the Complaint. After conferring with Defendant's counsel, Plaintiff will move for the issuance of a protective order.

Respectfully submitted,

**Roger A. Briney, Esq.**
**Roger A. Briney, Attorney at Law**
**3495 Rocks Mill Lane**
**Charlottesville, VA 22903**

**(202) 777-3648**
**(202) 777-3649 (fax)**
**rogerbriney@rotundalaw.com**

**Counsel of Record for Plaintiff**
**Nortel Government Solutions Incorporated**

**Dated: November 2, 2007**