ORIGINAL

FILED
NOV 2 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| **NORTEL GOVERNMENT SOLUTIONS INCORPORATED,** | No. 07-771 C |
| **Plaintiff,** | Judge ______ |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant** | |

**MOTION FOR PROTECTIVE ORDER**

Pursuant to the Rules of the Court of Federal Claims, Plaintiff Nortel Government Solutions Incorporated ("NGS"), by its undersigned counsel, respectfully moves this Court to enter a protective order that limits the disclosure of pleadings, motions, documents and materials constituting the court file for the above-captioned matter. In support of its motion, NGS states as follows:

1. The matter *sub judice* concerns the procurement of Government-wide Acquisition Contracts ("GWACs") for the General Services Administration's ("GSA") Alliant program, a ten year $50 billion best-value procurement that contemplated the award of multiple indefinite-delivery, indefinite-quantity ("ID/IQ") GWACs for long term integrated information technology ("IT") solutions on a global basis.

2. Certain information that may necessarily be disclosed orally or in writing during this action is proprietary information of NGS, is confidential, and is otherwise

protectable. That information also provides NGS with a competitive advantage in the marketplace.

3. Disclosure of such proprietary, confidential, and otherwise protectable information, other than for the purposes of this litigation, would cause serious competitive harm to NGS, while also negatively impacting the integrity of the procurement process.

4. NGS seeks a Protective Order from this Court mandating that access to the pleadings, motions, documents and materials constituting the court file for the above-captioned matter, as well as all related and/or subsequent proceedings, be subject to, and protected by, the terms and conditions of the Protective Order.

WHEREFORE, NGS respectfully requests that the Court issue a Protective Order and make it applicable to this an all related and/or subsequent proceedings, thereby restricting access to the pleadings, motions, documents and materials constituting the court file for the above-captioned matter, as well as all related and/or subsequent proceedings, to only those persons admitted to the Protective Order and pursuant to the terms thereof.

Respectfully submitted,

**Roger A. Briney, Esq.**
**Roger A. Briney, Attorney at Law**
**3495 Rocks Mill Lane**
**Charlottesville, VA 22903**
**(202) 777-3648**
**(202) 777-3649 (fax)**
**rogerbriney@rotundalaw.com**

**Counsel of Record for Plaintiff**
**Nortel Government Solutions Incorporated**

**Dated: November 2, 2007**