ORIGINAL

FILED
NOV 2 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **NORTEL GOVERNMENT SOLUTIONS INCORPORATED,** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant** | **No. 07-771 C** <br> **Judge** ________ |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to U.S. Court of Federal Claims Rule 7.1, Plaintiff Nortel Government Solutions Incorporated ("NGS") hereby submits its Disclosure Statement. NGS is a wholly-owned subsidiary of Nortel Networks Inc. which is publicly traded on the NYSE. Nortel Networks Inc. owns the stock of NGS.

Respectfully submitted,

**Roger A. Briney, Esq.**
**Roger A. Briney, Attorney at Law**
**3495 Rocks Mill Lane**
**Charlottesville, VA 22903**
**(202) 777-3648**
**(202) 777-3649 (fax)**
**rogerbriney@rotundalaw.com**

**Counsel of Record for Plaintiff**
**Nortel Government Solutions Incorporated**

**Dated: November 2, 2007**