IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTEL GOVERNMENT SOLUTIONS INCORPORATED, | ) | |
| Plaintiff, | ) | BID PROTEST |
| v. | ) | No. 07-771 C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kyle Chadwick as attorney of record for the United States.

Physical service of all papers by opposing parties should be addressed as follows:

Kyle Chadwick
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
1100 L Street N.W., 8th Floor

Dated: November 5, 2007

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail: kyle.chadwick@usdoj.gov