# In The United States Court of Federal Claims

No. 07-771C

(Filed: November 6, 2007)

NORTEL GOVERNMENT SOLUTIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 2, 2007, plaintiff filed its complaint in this case. This complaint arises from the same procurement at issue in another case filed previously in this court, *Serco Inc. v. United States*, No. 07-691C. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate, for purposes of briefing and decisions, this case with the previously filed matter, No. 07-691C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge